**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FLY-E GROUP, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 1:25-cv-06036-OEM-MMH<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | ENDORSED ORDER |

**STIPULATION AND [PROPOSED] ORDER STAYING THE CONSOLIDATED STOCKHOLDER DERIVATIVE ACTION**

WHEREAS, on October 28, 2025, plaintiff Martin Flynn ("Flynn") filed a verified shareholder derivative complaint on behalf of Fly-E Group, Inc. ("Fly-E" or the "Company") in this Court (the "*Flynn* Action") alleging causes of action for breach of fiduciary duties, gross mismanagement, and violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Zhou (Andy) Ou ("Ou"), Bin Wang, Shiwen Feng ("S. Feng"), Lun Feng, and Zanfeng Zhang (the "Individual Defendants" and, together with Fly-E, "Defendants"),[1] and making claims for contribution under Sections 10(b) and 21D of the Exchange Act against Defendants Ou and S. Feng (ECF No. 1);

WHEREAS, on November 17, 2025, plaintiff Kishan Shah ("Shah" and together with Flynn, "Plaintiffs") filed a verified shareholder derivative complaint on behalf of Fly-E in this Court alleging causes of action for breach of fiduciary duties, abuse of control, gross mismanagement, waste of corporate assets, and unjust enrichment against the Individual Defendants, and making claims for contribution under Sections 10(b) and 21D of the Exchange

[1] "Plaintiffs" and "Defendants" together are referred to herein as the "Parties."

Act against Defendants Ou and S. Feng (the "*Shah* Action" and, together with the *Flynn* Action, the "Related Derivative Actions") (*Shah* Action, ECF No. 1);

WHEREAS, on December 5, 2025, the Parties filed a stipulation and proposed order to consolidate the Related Derivative Actions and designate The Brown Law Firm, P.C. and Rowley Law PLLC as Co-Lead Counsel for plaintiffs in the Related Derivative Actions (*Flynn* Action, ECF No. 7);

WHEREAS, on December 9, 2025, the Court so ordered the Parties' stipulation, consolidating the Related Derivative Actions (hereinafter referred to as the "Consolidated Derivative Action") and designating The Brown Law Firm, P.C. and Rowley Law PLLC as Co-Lead Counsel for plaintiffs;

WHEREAS, a related putative securities class action lawsuit, filed on September 8, 2025 and captioned *Kurt v. Ou, et al.*, Case No. 1:25-cv-05017-RER-CHK (the "Related Securities Class Action"), is currently pending in this Court against Fly-E and Defendants Ou and S. Feng, alleging violations of Sections 10(b) and 20(a) of the Exchange Act based on substantially the same facts and circumstances at issue in the Consolidated Derivative Action;

WHEREAS, based upon the overlapping parties and factual allegations contained in the Related Securities Class Action and the Consolidated Derivative Action, and in the interests of judicial economy and conserving the resources of the Parties and the Court, the Parties have agreed, subject to this Court's approval, that all proceedings and deadlines in this Consolidated Derivative Action should be stayed until the date that fact discovery closes in the Related Securities Class Action (the "Stay");

WHEREAS, the Parties have agreed that, during the Stay, Defendants shall not be required to answer or otherwise respond to the Complaint or any amended complaint;

WHEREAS, the Parties have further agreed that, consistent with the Stay, all existing deadlines (including any initial or case management conferences) established in this Consolidated Derivative Action should be vacated or continued until after the Stay is terminated; and

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, and upon approval and entry by the Court shall be ORDERED, as follows:

1. This Consolidated Derivative Action (including all discovery) shall be stayed until the date on which fact discovery closes in the Related Securities Class Action. This supersedes any prior or other deadlines to respond to the Complaint.

2. All existing deadlines in this Consolidated Derivative Action are vacated pending the end of fact discovery in the Related Securities Class Action.

3. If the Stay is terminated, the Parties shall meet and confer and within thirty (30) days of the termination submit a proposed scheduling order governing any further proceedings in this Consolidated Derivative Action, including the date by which Defendants must answer or otherwise respond to the Complaint.

4. During the Stay, Defendants shall promptly notify Plaintiffs of any related derivative actions, requests to inspect Fly-E's books and records related to the matters at issue in this action, and any demands that Fly-E's Board of Directors pursue claims related to those asserted in the Consolidated Derivative Action.

5. Defendants shall also promptly notify Plaintiffs in the event any related derivative action that may be filed is not stayed for a similar or longer duration than this Consolidated

Derivative Action.

6. If a related derivative action is not stayed for a similar or longer duration than this Consolidated Derivative Action, Plaintiffs may terminate the stay no earlier than fourteen (14) days after providing notice to undersigned counsel for Defendants via email.

7. Defendants shall inform Plaintiffs promptly of and include Plaintiffs in any mediation and in any formal settlement talks between the parties in the Related Securities Class Action.

8. Defendants shall inform Plaintiffs promptly of and include Plaintiffs in any mediation and in any formal settlement talks between the parties in any related derivative action or any related threatened derivative actions (including books and records demands and litigation demands).

9. During the Stay, Defendants shall promptly produce to Plaintiffs any documents produced to a shareholder who made a books and records demand under 8 *Del. C.* § 220 relating to the subject matter of this Consolidated Derivative Action, provided Plaintiffs enter into a reasonable confidentiality agreement or protective order with the same terms on which the demanding shareholder received the documents but permitting Plaintiffs to use such documents solely in this Consolidated Derivative Action.

10. Defendants shall promptly provide Plaintiffs with copies of all discovery produced to the Lead Plaintiff in the Securities Class Action that is relevant to the claims or defenses asserted in the Consolidated Derivative Action, including but not limited to all relevant discovery requests and responses and all relevant unredacted motions filed and exhibits thereto, subject to the execution of a reasonable confidentiality agreement or protective order that permits Plaintiffs to use the relevant discovery in the Consolidated Derivative Action, including in an amended

complaint.

11. Notwithstanding the Stay, Plaintiffs may file an amended complaint, although Defendants are under no obligation to respond to the amended complaint during the pendency of the Stay.

12. The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court that any Party determines is related to this action and an application for consolidation of such a shareholder derivative action may be made by Plaintiffs, and may be ruled on, notwithstanding the Stay.

13. This stipulation is without prejudice to any and all defenses that Defendants may assert in this Consolidated Derivative Action and without prejudice to any and all claims Plaintiffs may assert in this Consolidated Derivative Action.

IN WITNESS WHEREOF, the Parties, through their undersigned counsel, have executed this stipulation and Order as of this 9th day of February, 2026.

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Timothy Brown*_____
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Shah and Co-Lead Counsel for Plaintiffs*

**ROWLEY LAW PLLC**

*/s/ Shane T. Rowley*______
Shane T. Rowley

Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Counsel for Plaintiff Flynn and Co-Lead Counsel for Plaintiffs*

**ELLENOFF GROSSMAN AND SCHOLE LLP**

*/s/ John B. Horgan*____
John B. Horgan
1345 Avenue of the Americas, Fl 11
New York, NY 10105
Telephone: 212-370-1300
Fax: 212-370-7889
Email: jhorgan@egsllp.com

*Counsel for Defendants*

**IT IS SO ORDERED** this __25__ day of March, 2026.

The Clerk of Court is respectfully directed to stay the case.

____/s/ Ramón E. Reyes, Jr.________________________
RAMÓN E. REYES, JR.
UNITED STATES DISTRICT JUDGE